JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LIDA JANETH GAVIRIA PADGETT,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | No. 2:20-cv-03806-AB (JDE)<br><br>JUDGMENT |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. No party filed timely objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding the matter for

further administrative proceedings consistent with the Report and Recommendation.

Dated: June 29, 2021

_____
ANDRÉ BIROTTE JR.
United States District Judge