UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIDA JANETH GAVARIA PADGETT,<br><br>           Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>           Defendant. | No. 2:20-cv-03806-AB-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $9,500 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: September 28, 2021

                                              JOHN D. EARLY
                                              United States Magistrate Judge